WD|MO, Jefferson City

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:05CR04059-03 |
| | | DOCKET NUMBER *(Rec. Court)* **08CR 259** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Koai Matthews | Western Missouri | Central |
| RECEIVED FEB 27 2008 JUDGE GOTTSCHALL MAGISTRATE JUDGE NOLAN U.S. PROBATION OFFICE CHICAGO, ILLINOIS | NAME OF SENTENCING JUDGE The Honorable Scott O. Wright | |
| | DATES OF PROBATION /SUPERVISED RELEASE: | FROM 09/26/2006 | TO 09/25/2009 |

| OFFENSE |
|---|
| Count 1: Conspiracy to Defraud the United States<br>Counts 3-6 & 11: Passing Counterfeit Obligations |

**FILED**
MAR 2 8 2008  NF
3-28-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **NORTHERN DISTRICT OF ILLINOIS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-20-08
Date

*(signed)* Scott O. Wright, Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 6 2008
Effective Date

*(signed)* James F. Holderman
United States District Judge