PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*

2:05CR04059-03

DOCKET NUMBER *(Rec. Court)*

**08CR 259**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Koai Matthews | Western Missouri | Central |

RECEIVED FEB 27 2008

JUDGE GOTTSCHALL

MAGISTRATE JUDGE NOLAN    U.S. PROBATION OFFICE CHICAGO, ILLINOIS

**FILED**

APR 15 2008    NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NAME OF SENTENCING JUDGE

The Honorable Scott O. Wright

| DATES OF PROBATION /SUPERVISED RELEASE: | FROM 09/26/2006 | 09/25/2009 |
|---|---|---|

OFFENSE

Count 1: Conspiracy to Defraud the United States
Counts 3-6 & 11: Passing Counterfeit Obligations

**DOCKETED**
APR 0 1 2008

**FILED**
MAR 2 8 2008    NF
3-28-08

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **NORTHERN DISTRICT OF ILLINOIS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2-20-08
Date

Scott O. Wright, Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF ILLINOIS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
4-1-08

MAR 2 6 2008
Effective Date

James F. Holderman
United States District Judge

**U.S. District Court**
**United States District Court for the Western District of Missouri (Jefferson City)**
**CRIMINAL DOCKET FOR CASE #: 2:05-cr-04059-SOW-3**
**Internal Use Only**

Case title: USA v. Grace et al

Date Filed: 11/04/2005
Date Terminated: 10/05/2006

**FILED**

APR 1 5 2008    NH

Assigned to: District Judge Scott O. Wright

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**Defendant (3)**

**Koai Kedze Matthews**
*TERMINATED: 10/05/2006*

represented by Daniel J. Dodson
331 Madison
Jefferson City, MO 65101
(573) 636-9200
Fax: (573) 636-9288
Email: dd@danieldodson.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| **CONSPIRACY TO DEFRAUD THE UNITED STATES** (1) | On September 26, 2006, defendant sentenced to 3 years probation on counts 1, 3-6 and 11 to run concurrent. Special assessment of $600 imposed. Restitution of $1,909.75 imposed jointly and severally. |
| **PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES** (3-6) | On September 26, 2006, defendant sentenced to 3 years probation on counts 1, 3-6 and 11 to run concurrent. Special assessment of $600 imposed. Restitution of $1,909.75 imposed jointly and severally. |
| **PASSES COUNTERFEIT OBLIGATIONS OR SECURITIES** (11) | On September 26, 2006, defendant sentenced to 3 years probation on counts 1, 3-6 and 11 to run concurrent. Special assessment of $600 imposed. Restitution of $1,909.75 imposed jointly and severally. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

*ECF*
*DOCUMENT*

I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court in the Western District of Missouri.

Disposition

Date filed:    APR 1 0 2008

P.L. BRUNE, CLERK
By: Shelly M Donnell , Deputy Clerk

Case 1:06-cr-00259   Document 2   Filed 04/15/2008   Page 3 of 21

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

| | | |
| --- | --- | --- |
| USA | represented by | Jim Y. Lynn, Jr<br>Department of Justice<br>U.S. Attorney's Office<br>Post Office Box 117<br>Jefferson City, MO 65102<br>(573) 634-6144<br>Fax: (573) 634-8723<br>Email: jim.lynn@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/02/2005 | 9 | REDACTED SUPERSEDING INDICTMENT - THIS IS A REDACTED VERSION OF THE DOCUMENT IN COMPLIANCE WITH THE PRIVACY POLICY OF NOVEMBER 1, 2004. as to Jerome Lamarr Grace, Jr (1) count(s) 1s, 2s, 3s-9s, Earl Smith (2) count(s) 1s, 2s, 10s-12s, Koai Kedze Matthews (3) count(s) 1, 3-6, 11. (Price, Jackie) (Entered: 12/09/2005) |
| 12/02/2005 | 10 | UNREDACTED SUPERSEDING INDICTMENT (SEALED)as to Jerome Lamarr Grace, Jr, Earl Smith, Koai Kedze Matthews. (Attachments: # Grace Cover Sheet# Smith Cover Sheet# Matthews Cover Sheet) (Price, Jackie) (Entered: 12/09/2005) |
| 12/02/2005 | | (Court only) ARREST WARRANT ISSUED as to Koai Kedze Matthews and forwarded to JC USMs. This is a docket entry only. No document is attached. (Price, Jackie) (Entered: 12/09/2005) |
| 12/02/2005 | 24 | ORDER REFERRING CASE to Magistrate Judge Knox Signed by Judge Scott O. Wright on 12/02/05. (Price, Jackie) (Entered: 01/26/2006) |
| 12/09/2005 | 25 | ORDER REFERRING CASE to Magistrate Judge Knox Signed by Judge Scott O. Wright on 12/9/05. (Price, Jackie) (Entered: 01/26/2006) |
| 12/21/2005 | 17 | NOTICE OF HEARING as to Koai Kedze MatthewsThis is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Initial, arraignment, bond hearing, and scheduling conference set for 12/22/05 at 11:15 am in Magistrate Courtroom, Jefferson City (WAK) before William Knox. Signed by Judge William A. Knox on 12/21/05. (Price, Jackie) (Entered: 12/21/2005) |
| 12/22/2005 | 18 | Minute Entry for proceedings held before Judge William A. Knox :INITIAL APPEARANCE as to Koai Kedze Matthews held on 12/22/2005 (Court Reporter Price.) (Price, Jackie) (Entered: 12/22/2005) |
| 12/22/2005 | 19 | ORDER setting conditions of release as to Koai Kedze Matthews This is a text entry only - the document contains original signatures of non |

|  |  | attorneys and is being maintained in a paper file at the court. Defendant released on own recognizance. Signed by Judge William A. Knox on 12/22/05. (Price, Jackie) (Entered: 12/22/2005) |
|---|---|---|
| 12/27/2005 | ⚫20 | AFFIDAVIT of Financial Status of Koai Kedze Matthews. This is a text entry only - the document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Price, Jackie) (Entered: 12/27/2005) |
| 12/29/2005 | ⚫21 | Arrest WARRANT RETURNED executed on 12/22/05 as to Koai Kedze Matthews. This is a text entry only - the document contains original signatures of non attorneys and is being maintained in a paper file at the court. (Bax, Laura) (Entered: 12/29/2005) |
| 12/29/2005 | ⚫ | Attorney update in case as to Koai Kedze Matthews. Attorney Daniel J. Dodson for Koai Kedze Matthews added. (Price, Jackie) (Entered: 12/29/2005) |
| 01/25/2006 | ⚫22 | Minute Entry for proceedings held before Judge William A. Knox :Arraignment as to Koai Kedze Matthews (3) Count 1,3-6,11 held on 1/25/2006, SCHEDULING CONFERENCE as to Koai Kedze Matthews held on 1/25/06. Jury Trial set for 3/20/2006 09:00 AM in District Courtroom, Jefferson City(djc) before Scott Wright. (Court Reporter L. Bax.) (Bax, Laura) (Entered: 01/25/2006) |
| 01/25/2006 | ⚫23 | SCHEDULING AND TRIAL ORDER as to Koai Kedze Matthews. Signed by Judge William A. Knox on 1/25/06. (Bax, Laura) (Entered: 01/25/2006) |
| 04/18/2006 | ⚫ | NOTICE OF HEARING as to Koai Kedze MatthewsThis is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Change of Plea Hearing set for 5/3/2006 09:00 AM in District Courtroom, Jefferson City(djc) before Scott Wright. (McIlvain, Kelly) (Entered: 04/18/2006) |
| 05/03/2006 | ⚫30 | Minute Entry for proceedings held before Judge Scott O. Wright : CHANGE OF PLEA HEARING as to Koai Kedze Matthews held on 5/3/2006, Plea entered by Koai Kedze Matthews (3) Guilty Count 1,3-6,11. (Court Reporter L. Bax.) (Bax, Laura) (Entered: 05/03/2006) |
| 09/06/2006 | ⚫41 | NOTICE OF HEARING as to Koai Kedze MatthewsThis is a TEXT ONLY ENTRY and is the official notice for this hearing. No document is attached. Sentencing set for 9/26/2006 09:00 AM in District Courtroom, Jefferson City(djc) before Scott Wright. (McIlvain, Kelly) (Entered: 09/06/2006) |
| 09/26/2006 | ⚫44 | Minute Entry for proceedings held before Judge Scott O. Wright : SENTENCING held on 9/26/2006 for Koai Kedze Matthews (3), Count(s) 1, 11, 3-6, On September 26, 2006, defendant sentenced to 3 years probation on counts 1, 3-6 and 11 to run concurrent. Special assessment of $600 imposed. Restitution of $1,909.97 imposed jointly and severally.. (Court Reporter /CRD J Russel.) (Russel, Jeri) Modified on 10/5/2006 to reflect restitution amount recalculation and correction. Correcton restitution amount due is $1909.75(Russel, Jeri). (Entered: 09/27/2006) |
| 10/05/2006 | ⚫47 | JUDGMENT and COMMITMENT as to Koai Kedze Matthews (3), Count(s) 1, 11, 3-6, On September 26, 2006, defendant sentenced to 3 years probation on counts 1, 3-6 and 11 to run concurrent. Special assessment of $600 imposed. Restitution of $1,909.75 imposed jointly and severally. (Russel, Jeri) (Entered: 10/05/2006) |

| 04/04/2008 | ⬤56 | PROBATION JURISDICTION transferred to Northern District of Illinois as to Koai Kedze Matthews Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (McDowell, Shelly) (Entered: 04/10/2008) |

**FILED**

APR 1 5 2008    NF,

### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 05-04059-01/02/03-CR-C-SOW |
| | ) |
| Plaintiff, | ) **Count One**: All defendants |
| | ) 18 U.S.C. § 371 |
| v. | )    NMT 5 years and/or $250,000 |
| | )    Supervised Release: NMT 3 years |
| JEROME LAMARR GRACE, JR., | ) |
| [DOB: 1982] | ) **Count Two**: Grace and Smith |
| EARL VERNON SMITH, JR. | ) 18 U.S.C. § 471 |
| [DOB: 1974] | )    NMT 20 years and/or $250,000 |
| and | )    Supervised Release: NMT 3 years |
| KOAI KEDZE MATTHEWS, | ) |
| [DOB: 1979] | ) **Counts Three - Twelve**: |
| | ) 18 U.S.C. § 472 |
| Defendants. | )  Grace: Three-Nine |
| | )  Smith: Ten, Twelve |
| | )  Matthews: Three-Six, Eleven |
| | )    NMT 20 years and/or $250,000 |
| | )    Supervised Release: NMT 3 years |
| | ) |
| | ) $100 mandatory penalty |
| | ) assessment, each Count, |
| | ) each defendant therein |

*ECF*
*DOCUMENT*

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the Western District of Missouri.

Date filed: *12-02-05*

P.L. BRUNE, CLERK

By *Shelly M Dowell* , Deputy Clerk

## S U P E R S E D I N G   I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Conspiracy)

From an unknown date, but at least as early as August 15,
2005, and continuing to on or about August 20, 2005, in Camden and
Cole Counties, in the Western District of Missouri, JEROME LAMARR
GRACE, JR., EARL VERNON SMITH, JR. and KOAI KEDZE MATTHEWS,
Defendants, and others known and unknown to the Grand Jury, did

knowingly and willfully combine, conspire, confederate and agree with each other:

a.  with the intent to defraud, to falsely make, forge, counterfeit and alter obligations or other securities of the United States, that is, Federal Reserve Notes in the denominations of one hundred dollars; all in violation of Title 18, United States Code, Section 471; and

b.  with the intent to defraud, to pass, utter, publish and sell, and to attempt to pass, utter, publish and sell, falsely made, forged and counterfeited obligations of the United States; all in violation of Title 18, United States Code, Section 472.

### THE OBJECT, MANNER AND MEANS OF THE CONSPIRACY

It was the object of the conspiracy for GRACE and his co-conspirators to obtain, by deceit, fraud and theft, merchandise and money to which GRACE and his co-conspirators were not lawfully entitled.  By such conduct, GRACE and his co-conspirators were able to unlawfully and fraudulently obtain or attempt to obtain more than approximately $2,800 in merchandise and money.

It was a part of the manner and means of the conspiracy that GRACE and his co-conspirators would manufacture counterfeit one hundred dollar Federal Reserve Notes utilizing a Hewlett Packard All-In-One Copier/Scanner/Printer.

It was a further part of the conspiracy that GRACE and his co-conspirators would provide various counterfeit one hundred dollar

2

Federal Reserve Notes to others, known and unknown to the Grand Jury, to be passed through local businesses into the economy.

It was a further part of the conspiracy that GRACE and his co-conspirators would unlawfully induce and did induce certain businesses and others to give things of value to GRACE and his co-conspirators, including merchandise and money.

<u>OVERT ACTS</u>

In furtherance of the conspiracy and to effect its aims and objects, there was committed and caused to be committed by one or more of the co-conspirators, in the Western District of Missouri, and elsewhere, at least one of the following overt acts:

A.    On or about August 15, 2005, GRACE, SMITH and MATTHEWS made counterfeit obligations of the United States with the Hewlett Packard All-In-One Copier/Scanner/Printer at GRACE's residence.

B.    On or about August 15, 2005, GRACE and MATTHEWS passed five (5) counterfeit $100 Federal Reserve Notes were passed at the Hibbett Sporting Goods Store in Jefferson City, Missouri, where GRACE had been previously employed.

C.    On or about August 16, 2005, GRACE passed a counterfeit $100 Federal Reserve Note to the Aeropostale Store in Osage Beach, Missouri.

D.    On or about August 16, 2005, GRACE passed a counterfeit $100 Federal Reserve Note to The Gap Store in Osage Beach, Missouri.

3

Case 1:08-cr-00259    Document 2    Filed 04/15/2008    Page 9 of 21

E.   On or about August 16, 2005, GRACE passed a counterfeit $100 Federal Reserve Note to the Bath & Body Works Store in Osage Beach, Missouri.

F.   On or about August 16, 2005, SMITH passed two counterfeit $100 Federal Reserve Notes to the Nine West Store in Osage Beach, Missouri.

G.   On or about August 16, 2005, MATTHEWS passed two counterfeit $100 Federal Reserve Notes to the Aeropostale Store in Osage Beach, Missouri.

H.   On or about August 16, 2005, four (4) counterfeit $100 Federal Reserve Notes were passed at the Longhorn Steakhouse Restaurant in Jefferson City, Missouri, where GRACE and MATTHEWS were employed.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
(Making Counterfeit Obligations)

From an unknown date, and continuing to on or about August 16, 2005, in Jefferson City, in Cole County, in the Western District of Missouri, JEROME LAMARR GRACE, JR. and EARL VERNON SMITH, JR., Defendants, with the intent to defraud, did falsely make, forge, counterfeit and alter obligations or other securities of the United States, that is, Federal Reserve Notes in the denominations of one hundred dollars; all in violation of Title 18, United States Code, Sections 471 and 2.

4

## COUNT THREE
(Passing a Counterfeit Obligation)

On or about August 15, 2005, at approximately 6:16 p.m., in Cole County, in the Western District of Missouri, JEROME LAMARR GRACE, JR. and KOAI KEDZE MATTHEWS, Defendants, with the intent to defraud, did pass to the Hibbetts Sporting Goods Store in Jefferson City, Missouri, a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of one hundred dollars, Series of 1996, Serial No. AB55444354E, which they then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Sections 472 and 2.

## COUNT FOUR
(Passing a Counterfeit Obligation)

On or about August 15, 2005, at approximately 6:25 p.m., in Cole County, in the Western District of Missouri, JEROME LAMARR GRACE, JR. and KOAI KEDZE MATTHEWS, Defendants, with the intent to defraud, did pass to the Hibbetts Sporting Goods Store in Jefferson City, Missouri, a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of one hundred dollars, Series of 1996, Serial No. AB55444354E, which they then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Sections 472 and 2.

5

## COUNT FIVE
(Passing a Counterfeit Obligation)

On or about August 15, 2005, at approximately 6:27 p.m., in Cole County, in the Western District of Missouri, JEROME LAMARR GRACE, JR. and KOAI KEDZE MATTHEWS, Defendants, with the intent to defraud, did pass to the Hibbetts Sporting Goods Store in Jefferson City, Missouri, a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of one hundred dollars, Series of 1996, Serial No. AB55444354E, which they then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Sections 472 and 2.

## COUNT SIX
(Passing a Counterfeit Obligation)

On or about August 15, 2005, at approximately 6:34 p.m., in Cole County, in the Western District of Missouri, JEROME LAMARR GRACE, JR. and KOAI KEDZE MATTHEWS, Defendants, with the intent to defraud, did pass to the Hibbetts Sporting Goods Store in Jefferson City, Missouri, falsely made, forged and counterfeited obligations of the United States, that is, two (2) Federal Reserve Notes in the denomination of one hundred dollars, Series of 1996, Serial No. AB55444354E, which they then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Sections 472 and 2.

6

## COUNT SEVEN
(Passing a Counterfeit Obligation)

On or about August 16, 2005, in Camden County, in the Western District of Missouri, JEROME LAMARR GRACE, JR., Defendant, with the intent to defraud, did pass to the Aeropostale Store in Osage Beach, Missouri, a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of one hundred dollars, Series of 1999, Serial No. BE54110103A, which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

## COUNT EIGHT
(Passing a Counterfeit Obligation)

On or about August 16, 2005, in Camden County, in the Western District of Missouri, JEROME LAMARR GRACE, JR., Defendant, with the intent to defraud, did pass to The Gap Store in Osage Beach, Missouri, a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of one hundred dollars, Series of 1996, Serial No. AB55444354E, which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

7

**COUNT NINE**
(Passing a Counterfeit Obligation)

On or about August 16, 2005, in Camden County, in the Western District of Missouri, JEROME LAMARR GRACE, JR., Defendant, with the intent to defraud, did pass to the Bath & Body Works Store in Osage Beach, Missouri, a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of one hundred dollars, Series of 1996, Serial No. AH12332194A, which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

**COUNT TEN**
(Passing Counterfeit Obligations)

On or about August 16, 2005, in Camden County, in the Western District of Missouri, EARL VERNON SMITH, JR., Defendant, with the intent to defraud, did pass to the Nine West Store in Osage Beach, Missouri, falsely made, forged and counterfeited obligations of the United States, that is, two (2) Federal Reserve Notes in the denomination of one hundred dollars, Series of 1996, Serial No. AH122332194A, which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

8

**COUNT ELEVEN**
(Passing Counterfeit Obligations)

On or about August 16, 2005, in Camden County, in the Western District of Missouri, KOAI KEDZE MATTHEWS, Defendant, with the intent to defraud, did pass to the Aeropostale Store in Osage Beach, Missouri, falsely made, forged and counterfeited obligations of the United States, that is, a Federal Reserve Note in the denomination of one hundred dollars, Series of 1996, Serial No. AB55444354E, and a Federal Reserve Note in the denomination of one hundred dollars, Series of 1996, Serial No. AH12332194A, which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

**COUNT TWELVE**
(Possessing Counterfeit Obligations)

On or about August 16, 2005, in Camden County, in the Western District of Missouri, EARL VERNON SMITH, JR., Defendant, with the intent to defraud, did possess falsely made, forged and counterfeited obligations of the United States, that is, three (3) Federal Reserve Notes in the denomination of one hundred dollars, Series of 1996, Serial No. AH122332194A; three (3) Federal Reserve Notes in the denomination of one hundred dollars, Series of 1996, Serial No. AB55444354E; and three (3) Federal Reserve Notes in the denomination of one hundred dollars, Series of 1999, Serial No. BE54110103A; all of which he then knew to be falsely made, forged

9

and counterfeited, in violation of Title 18, United States Code,

Section 472.

**A TRUE BILL.**


/S/

_____
FOREPERSON OF THE GRAND JURY



/S/
_____
**JIM LYNN**
Assistant United States Attorney
Missouri Bar No. 32140

10



FILED
Page 1 of 6
APR 1 5 2008    NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                    **Case No.: 05-4059-03-CR-C-SOW**

**KOAI KEDZE MATTHEWS**

**USM Number: 18259-045**

Daniel Dodson, CJA
331 Madison
Jefferson City, MO 65101

---

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1, 3-6,11 of the Indictment on 5/3/06.  Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 371 (Class D Felony) | Conspiracy to Defraud the United States | August 20, 2005 | 1 |
| 18 USC 472 and 2 (Class C Felony) | Passing a Counterfeit Obligation | August 15, 2005 | 3-6 |
| 18 USC 472 (Class C Felony) | Passing Counterfeit Obligations | August 15, 2005 | 11 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
September 26, 2006

*ECF DOCUMENT*

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the United States
District Court for the Western District of Missouri.

Date filed:_____10-5-06_____

P.L. BRUNE, CLERK

By:___Shelly M Dowell____, Deputy Clerk

/s/ Scott O. Wright _____
SCOTT O. WRIGHT
SENIOR UNITED STATES DISTRICT JUDGE

October 5, 2006

KOAI KEDZE MATTHEWS
05-4059-03-CR-C-SOW

Page 2 of 6

# PROBATION

The defendant is hereby placed on probation for a term of **3 Years on Counts 1, 3-6, and 11 to run concurrent.**.

While on probation, the defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1.   The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.   The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.   The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.   The defendant shall support his or her dependents and meet other family responsibilities;

5.   The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.   The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7.   The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8.   The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.   The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10.  The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11.  The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12.  The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13.  As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03) Judgment in a Criminal Case

KOAI KEDZE MATTHEWS
05-4059-03-CR-C-SOW

## ADDITIONAL CONDITIONS OF PROBATION

The defendant shall also comply with the following additional conditions of probation:

1.   The defendant shall pay restitution of $1,909.75 according to the schedule set by the Court.

2.   The defendant shall successfully participate in a substance abuse counseling program, which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office, and pay any associated costs as directed by the Probation Office.

3.   The defendant shall not consume or possess alcoholic beverages or beer, including 3.2 percent beer, at any time.

4.   The defendant shall submit his person, residence, office or vehicle to a search, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of probation; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

5.   The defendant shall not incur new credit card charges or open additional lines of credit without the approval of the Probation Office.

6.   The defendant shall provide the Probation Officer access to any requested financial information.

### ACKNOWLEDGMENT OF CONDITIONS

I have read or have read the conditions of supervision set forth in this judgment and I fully understand them. I have been provided a copy of them.

I understand that upon finding of a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

_____          _____
Defendant                                 Date

_____          _____
United States Probation Officer           Date

KOAI KEDZE MATTHEWS
05-4059-03-CR-C-SOW

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| **$600.00** | **$** | **$1909.75** |

The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

You are hereby ordered to begin payment immediately and continue to make payments to the best of your ability until this obligation is satisfied. While in custody you are directed to participate in the Bureau of Prisons Financial Responsibility Program, if eligible, and upon your release from custody you shall adhere to a payment schedule as determined by the Probation Office.

| Name of Payee | Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Hibbett Sporting Goods<br>Attn: Manager<br>3600 Country Club<br>Jefferson City, MO 65109 | $500.00 | $500.00 | |
| Gap Outlet-7741<br>c/o Linda Young<br>Osage Beach Premium Outlet<br>4540 Highway 54<br>Osage Beach, MO 65065 | $209.75 | $209.75 | |
| Nine West Outlet<br>c/o Brenda Whitt<br>Osage Beach Premium Outlet<br>Box C-11 H, Highway 54<br>Osage Beach, MO 65065 | $300.00 | $300.00 | |
| Lady Foot Locker<br>3600 Country Club Drive<br>Jefferson City, MO 65109 | $100.00 | $100.00 | |
| Longhorn Steak House<br>c/o Bill Sullivan<br>3545 Missouri Boulevard<br>Jefferson City, MO 65109 | $400.00 | $400.00 | |

Bath and Body Works

AO 245B (Rev. 12/03) Judgment in a Criminal Case

KOAI KEDZE MATTHEWS
05-4059-03-CR-C-SOW

| | | |
|---|---|---|
| Osage Beach Premium Outlet | | |
| 4550 Highway 54 | | |
| Osage Beach, MO 65065 | $100.00 | $100.00 |
| | | |
| Aeropostale | | |
| Osage Beach Premium Outlet | | |
| 4550 Highway 54 | | |
| Osage Beach, MO 65065 | $300.00 | $300.00 |

    Interest on the restitution is waived.  All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

KOAI KEDZE MATTHEWS
05-4059-03-CR-C-SOW

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

$600 special assessment is due immediately.

Monthly restitution payments of $200 or 10 percent of gross income, whichever is greater, are due. Payments are to begin within 30 days of release to supervision.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Joint and Several

Defendant and Co-Defendant Names and Case Numbers, (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

| Koai Kedze Matthews | 05-4059-03-CR-C-SOW | $1909.75 |
| Earl Smith | 05-4059-02-CR-C-SOW | $1909.75 |
| Jerome Lemar Grace, Jr. | 05-4059-01-CR-C-SOW | $1909.75 |

AO 245B (Rev. 12/03) Judgment in a Criminal Case